UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 15, 2023

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. |
| | : | |
| AHMIR LAVON MERRELL, | : | VIOLATION: |
| | : | 18 U.S.C. § 922(n) |
| Defendant. | : | (Illegal Receipt of a Firearm by a Person Under Indictment) |
| | : | |
| | : | FORFEITURE: 18 U.S.C. § 924(d), 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about November 7, 2023, within the District of Columbia, the Defendant, **AHMIR LAVON MERRELL**, who was then under indictment for a crime punishable by imprisonment for a term exceeding one year, in the Superior Court of Fulton County, Georgia Criminal Action 20SC174488, did willfully ship and transport in interstate commerce from Georgia to Washington, D.C., a firearm, that is, a Diamondback Arms .223 caliber AR-Style Pistol, model DB-15, and ammunition, that is, .223 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Illegal Receipt of a Firearm by a Person Under Indictment** in violation of Title 18, United States Code, Section 922(n))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a Diamondback Arms .223 caliber AR-Style Pistol, model DB-15 and .223 caliber ammunition.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*/s/ Matthew M. Graves*
Attorney of the United States in
and for the District of Columbia.